AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

WESTPORT INSURANCE CORPORATION,

                          Plaintiff,

                v.

THE MARKHAM GROUP, INC., PS; MARK KAMITOMO; and RACHEL NAIDU, Individually and as Personal Representative of the ESTATE OF JAMES L. OVERCASH,

                          Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-08-221-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  Defendants' Motion for Summary Judgment is Granted. Plaintiff's Motion for Summary Judgment is Denied in part.  Judgment is entered in favor of Defendants and against Plaintiff with respect to Plaintiff's request for declaratory judgment.

| August 26, 2009 | JAMES R. LARSEN |
|---|---|
| *Date* | *Clerk* |
|  | s/ Linda Emerson |
|  | *(By) Deputy Clerk* |
|  | Linda Emerson |