1

2

3

4

5

6

7             UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF WASHINGTON
8

9   WESTPORT INSURANCE
    CORPORATION,

10          Plaintiff,                    NO.  CV-08-221-RHW

11          v.

12  THE MARKHAM GROUP, INC.,              **ORDER GRANTING
    P.S., MARK KAMITOMO, and             PLAINTIFF'S MOTION TO
13  RACHEL NAIDU, Individually and       DISMISS COUNTERCLAIM**
    as Personal Representation of the
14  ESTATE of JAMES L. OVERCASH,

15          Defendants.

16

17        Before the Court is Plaintiff's Motion to Dismiss Counterclaim (Ct. Rec.

18  53).  The motion was heard without oral argument.

19        In this action, Plaintiff Westport Insurance Corporation filed a declaratory

20  action seeking to have this Court declare that it does not have a duty to defend or

21  indemnify the Markham Group, Inc., P.S. and Mark Kamitomo in connection with

22  an alleged legal malpractice claim of Rachael Naidu.  Plaintiff named as a

23  defendant Ms. Naidu, individually and as personal representative of the Estate of

24  James L. Overcash.

25        In her answer, Ms. Naidu asserted a counterclaim for reasonable attorneys

26  fees.  Plaintiff moves to dismiss this counterclaim, arguing that a third-party

27  claimant has no right of action against an insurance company for breach of the duty

28  of good faith.  The Court agrees.

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS
COUNTERCLAIM**  ~ 1

1   Ms. Naidu's claim for attorneys fees is barred by *Tank v. State Farm Fire &*

2  *Cas. Co.*, 105 Wash.2d 381 (1986).  Ms. Naidu had not alleged a non-*per se*

3  Consumer Protection Act claim.  Defendant has not alleged that Plaintiff engaged

4  in unfair or deceptive acts that induced Ms. Naidu to act or refrain from acting, nor

5  could she, based on the Court's understanding of the facts of this case.  The Court

6  does not find that Defendant was the intended beneficiary of the contract between

7  Plaintiff and Defendant Kamitomo.  Finally, the Court declines to extend *Olympic*

8  *Steamship* to permit Ms. Naidu to recover her fees in this action.  The Court

9  declines to permit Ms. Naidu leave to amend her complaint, given the posture of

10  this case.

11   Accordingly, **IT IS HEREBY ORDERED**:

12   1.  Plaintiff's Motion to Dismiss (Ct. Rec. 53) is **GRANTED**.

13   2.  Defendant Naidu's counterclaim for reasonable attorneys' fees is

14  **dismissed**, with prejudice.

15   **IT IS SO ORDERED.**  The District Court Executive is directed to enter this

16  Order and to provide copies to counsel.

17   **DATED** this 6th  day of November, 2009.

18

19    *s/Robert H. Whaley*

20   ROBERT H. WHALEY
    United States District Court

21

22

23  Q:\CIVIL\2008\Westport Insurance\grant.dismiss.wpd

24

25

26

27

28

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS
COUNTERCLAIM  ~ 2**