AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

WESTPORT INSURANCE CORPORATION,

                              Plaintiff,                          JUDGMENT IN A CIVIL CASE

                         v.

THE MARKHAM GROUP, INC., PS; MARK
KAMITOMO; and RACHEL NAIDU, Individually &           CASE NUMBER: CV-08-221-RHW
as Personal Representative of the Estate of JAMES L.
OVERCASH,

                              Defendants.

☐  **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury
    has rendered its verdict.**

☒  **Decision by Court. This action came to**  hearing   before the Court. The issues have been
    heard   and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's Motion for Summary Judgment on Defendants'
Counterclaim is granted; Judgment is entered in favor of Plaintiffs and against Defendants Markham
Group, Inc. and Mark Kamitomo with respect to Defendants' bad faith counterclaim.

January 5, 2010                                      JAMES R. LARSEN
_____                     _____
*Date*                                               *Clerk*
                                                      s/ Linda Emerson
                                                     _____
                                                      *(By) Deputy Clerk*
                                                      Linda Emerson
                                                     _____