AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
*Eastern District of Washington*

WESTPORT INSURANCE CORPORATION,

                        Plaintiff,

              v.

THE MARKHAM GROUP, INC., PS; MARK KAMITOMO; RACHEL NAIDU, individually and as Personal Representative of the ESTATE OF JAMES L. OVERCASH,

                        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-08-221-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Judgments entered on August 26, 2009 (Ct. Rec. 105) and December 7, 2009 (Ct. Rec. 131) are stricken.

Judgment is entered in favor of Plaintiff.

| | |
|---|---|
| December 15, 2010 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Linda Emerson |
| | *(By) Deputy Clerk* |
| | Linda Emerson |